CLYDE-MALLORY LINES, Appellee, v. DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, Appellant.
(Consolidated Cause.)
No. 243.

Circuit Court of Appeals, Second Circuit.
Feb. 4, 1935.

John E. Morrissey, of New York City, for appellant.

Burlingham, Veeder, Clark & Hupper, of New York City (Chauncey I. Clark and Frederic Conger, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.
Decree affirmed.

COMMISSIONER OF INTERNAL REVENUE v. Max ADLER.
No. 5456.

Circuit Court of Appeals, Seventh Circuit.
Feb. 15, 1935.

Frank J. Wideman, of Washington, D. C., for petitioner.

John M. Treveiler, of Chicago, Ill., for respondent.

Before EVANS, ALSCHULER, and SPARKS, Circuit Judges.

PER CURIAM.
On motion of counsel for petitioner, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on March 27, 1934, be, and the same is hereby, dismissed.

COMMISSIONER OF INTERNAL REVENUE, Appellant, v. Flora M. BONNEY et al., as EXECUTRICES of James A. McDONALD Appellees.
No. 48.

Circuit Court of Appeals, Second Circuit.
March 11, 1935.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and Arnold Raum, Sp. Assts. to Atty. Gen., for appellant.

Taylor, Blanc, Capron & Marsh and Edwin W. Cooney, all of New York City (Russell L. Bradford, James D. Ouchterloney, and George H. Craven, all of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Affirmed on the authority of McCormick v. Burnet, Com'r, 283 U. S. 784, 51 S. Ct. 343, 75 L. Ed. 1413, May v. Heiner, 281 U. S. 238, 50 S. Ct. 286, 74 L. Ed. 826, 67 A. L. R. 1244, and Commissioner v. Wallace (C. C. A.) 71 F.(2d) 1002.